BEARDEN, executor, *v.* LONGINO, executor.

BELL, Justice. In a suit by an executor to construe a will, and for other relief, the court entered an order construing the will adversely to the contentions of the plaintiff, and the plaintiff excepted pendente lite. The case proceeded to trial on the other issues, and resulted in a nonsuit. Thereafter the plaintiff sued out a bill of exceptions assigning error upon the exceptions pendente lite, but not on the order which construed the will, and not on the judgment of nonsuit. *Held,* that the bill of exceptions is fatally defective in failing to assign error upon a final judgment; and on motion the writ of error must be dismissed. *Perdue* v. *Anderson,* 137 *Ga.* 512 (73 S. E. 1050); *Durrence* v. *Waters,* 140 *Ga.* 762 (79 S. E. 841); *Durrence* v. *Waters,* 143 *Ga.* 223 (84 S. E. 471); *Newton* v. *Roberts,* 163 *Ga.* 135 (135 S. E. 505); *Kumpe* v. *Hudgins,* 39 *Ga. App.* 788 (3) (149 S. E. 46).

*Writ of error dismissed. All the Justices concur.*

No. 11210. FEBRUARY 21, 1936.

*Linton S. James* and *Clifford M. James,* for plaintiff.

*George & John L. Westmoreland,* and *Alexander Bush,* for defendant.

MCKENZIE *et al. v.* CHASTAIN *et al.; et vice versa.*

BELL, Justice. These three cases were considered together. After a decision was rendered but while the cases were still pending on motion for rehearing, the parties entered into an agreement settling all of them, as is shown by statements of counsel on both sides, now on file with the record. The cases having thus become moot while pending in this court, it is ordered that the former judgments be vacated, that the opinion be withdrawn, and that the writs of error be

*Dismissed. All the Justices concur.*

Nos. 10661, 10701, 10702. FEBRUARY 22, 1936.

*Felton & Felton,* for plaintiffs.

*Gilbert C. Robinson, A. A. Marshall, R. L. Maynard, Duncan & Nunn, M. F. Hatcher, S. H. Dyer,* and *D. T. Pye,* for defendants.